Certificate Number: 13791-NV-CC-023401739



13791-NV-CC-023401739

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 14, 2014, at 12:41 o'clock AM EDT, Benjamin Sellers received from DebtorWise Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 14, 2014            By:    /s/Erica Rosario

                              Name:  Erica Rosario

                              Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).

Certificate Number: 13791-NV-CC-023401740



13791-NV-CC-023401740

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 14, 2014</u>, at <u>12:41</u> o'clock <u>AM EDT</u>, <u>Stefanie Sellers</u> received from <u>DebtorWise Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 14, 2014</u>          By:   <u>/s/Erica Rosario</u>

                                 Name: <u>Erica Rosario</u>

                                 Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).